KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
*Attorney for Defendant Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VALERIE MCDONALD,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>Defendant. | Case No. 2:23-cv-00416-JAD-BNW<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COMES NOW Plaintiff *Pro Se* Valerie McDonald ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), and file this their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On March 17, 2023, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 10, 2023.

Trans Union retained undersigned counsel on April 4, 2023, and additional time is required to locate and assemble the documents relating to Plaintiff's allegations, any disputes submitted to Trans Union, and Trans Union's investigation of any such disputes. Trans Union's counsel will then need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

/ / /

/ / /

/ / /

1
KB/86

6196988.1

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including May 1, 2023. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: April 10, 2023

ALVERSON TAYLOR & SANDERS

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
**Counsel for Trans Union LLC**

*/s/ Valerie McDonald*
Valerie McDonald
9004 In Vogue Ct.
Las Vegas, NV 89149
(702) 970-0173
valeriecmcdonald@gmail.com
*Pro Se Plaintiff*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

DATED: April 12, 2023

KB/86
6196988.1