

Valerie McDonald
9004 In Vogue Ct
Las Vegas, Nevada 89149
702-970-0173
Valeriecmcdonald@gmail.com

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 4 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

VALERIE MCDONALD,

        Plaintiff,

vs.

TRANS UNION LLC ET AL

        Defendant

Case No. 2:23-cv-00416-JAD-BNW

**1ST AMENDED CLAIM**

**TRIAL BY JURY DEMANDED**

## CLAIM

Comes now Plaintiff acting on her own behalf in propria persona (pro per) bringing forth the first amended claim against the Defendant Trans Union LLC (TransUnion).

## NATURE OF ACTION

This action stems from Defendant's repeated violations of the Fair Credit Reporting Act also known as the FCRA under 15 U.S.C § 1681. Plaintiff is seeking actual, statutory, and punitive damages against Defendant.

## JURIDICTION AND VENUE

This action arises and is brough pursuant to the Fair Credit Reporting Act (FCRA). Jurisdiction Subject matter is proper pursuant to 15 U.S.C § 1681p and 28 U.S.C § 1331.

Venue is proper in this Court as a substantial part of the events pertaining to this claim occurred in Las Vegas. Clark County and the Defendant conducts business in Las Vegas, Clark County, Nevada.

1

**PARTIES**

Plaintiff, Valerie McDonald is a natural person and a consumer as defined in 15 U.S.C § 1681a(c) who is of legal age and lives in Las Vegas, Nevada.

Upon information and belief, Defendant TransUnion is defined as a person pursuant to 15 U.S.C. § 1681a(b), a consumer reporting agency pursuant to 15 U.S.C §1681a(f) and a financial institution pursuant to 15 U.S.C § 6809(3)(A)

TransUnion regularly engages in whole or part in the practice of assembling or evaluating consumer credit information for the purpose of furnishing consumer reports to third parties. It is believed that Defendant's principal address is 555 West Adams St, Chicago, IL, 60661. Trans Union is a corporation doing business in Nevada. At all times, Defendant acted through their employees, officers, agents, directors, members, heirs, principles, assigns, subrogates, sureties, representatives, vendors and insurers during the action.

**BACKGROUND RELATED TO THE FCRA**

Congress enacted the Fair Credit Reporting Act to ensure the accuracy, confidentiality, fairness, and impartiality as it pertains to the assumed role that credit reporting agencies have taken with assembling and evaluating consumer credit according to 15 U.S.C. § 1681 (a)(3) and (4). The banking system is dependent upon fair and accurate credit reporting and inaccurate credit report directly impair the efficiency of the banking system.

**FACTS REGARDING BANKRUPTCY**

On or about December 1, 2021, Plaintiff reviewed her consumer report with TransUnion and noticed that a bankruptcy was reporting on her consumer report.

Plaintiff called TransUnion on or about December 2, 2021, to ask how they obtained information regarding the bankruptcy. Defendant advised Plaintiff that her bankruptcy was provided to them by the Bankruptcy Court of Nevada.

2

Plaintiff wrote to the court on or about December 2, 2021, and received a letter back approximately December 25, 2021, stating that the Court does not provide ANY information to any credit reporting agency.

On or about January 1, 2022, Plaintiff called TransUnion to again how the bankruptcy information was obtained, as Plaintiff never provided any information to this company. Plaintiff was advised that the Defendant used a third-party agency by the name of Lexis Nexis to verify consumer bankruptcies.

Defendant's website indicates that they obtained bankruptcy public records through Lexis Nexis until November 30, 2018.

Plaintiff initiated a dispute with the furnisher of the Bankruptcy, Lexis Nexis on or about February 1, 2022, to verify the accuracy and completeness of the bankruptcy as some of the information reporting was both inaccurate and incomplete.

Plaintiff also initiated a dispute with the Defendant on or about February 23, 2022, regarding the accuracy of the information reporting through the Consumer Finance Protection Bureau (CFPB). The Defendant is reporting the furnisher of the bankruptcy as the Bankruptcy Court and not Lexis Nexis, which is inaccurate. The Defendant certified the information accurate and closed the dispute.

On or about March 10, 2022, Plaintiff received correspondence in writing from Lexis Nexis that they were unable to verify the accuracy of the bankruptcy and deleted the information from their systems.

Plaintiff again initiated a dispute with the Defendant to verify the accuracy and completeness of the information Defendant reported on or about March 15, 2022, again the defendant certified the reported information as accurate and closed the dispute.

Plaintiff disputed the accuracy and completeness of the bankruptcy on several occasions including but not limited to on or about December 2,2021, January 14, 2022, March 17, 2022, March 29, July, 14 2022, August 25, 2022, November 25, 2022 and December 14, 2022 and Defendant certified the reported information as accurate on all occasions and closed the disputes.

Defendant failed to properly re-investigate any of the disputes initiated by the Plaintiff as required by the FCRA. The Fair Credit Reporting Act, specifically 15 U.S.C § 1681i(a)(1)(A) requires that upon receiving a dispute by a consumer to a reporting agency must "conduct a reasonable reinvestigation to determine whether the disputed information is accurate." Had the Defendant properly investigated the disputed information they would have realized that Lexis Nexis' information was deleted due to

3

inaccuracy. It is believed that Defendant uses a computer-generated system called E-Oscar as a method to investigate disputes. This is not a fair, reasonable or accurate way to investigate or reinvestigate disputes.

It is also believed that Defendant failed to provide prompt notice of dispute to the furnisher of information as required by 15 U.S.C § 1681i(a)(2). In the case that the disputed information was forwarded to the furnisher, the Defendant would have been notified that the account was no longer reporting.

Defendant also has failed to note that such information was in dispute, failing the requirements

It is believed that Defendant did not follow reasonable measures as it pertains to Metro 2 Compliance. Defendant is required to have uniform information reporting in comparison to other consumer reporting agencies such as Experian and Equifax.

Plaintiff's bankruptcy was not reporting to the other two consumer reports at the time of filing this complaint.

Plaintiff 's credit worthiness is being tarnished month after month as this inaccurate information remains on her consumer report.

As a result of Defendant's inactions and unwillingness to re-investigate the disputes as they are required, Plaintiff continues to get denied multiple extensions of credit and is suffering severe credit damage bearing a low credit score, high interest rates, mental and emotional distress. Plaintiff has been denied credit as recently as March 1, 2023. The reason listed for denial is a public record filed. As rental costs continue to rise, Plaintiff has been preparing for home ownership, however the negative and inaccurate information being reported by the Defendant is preventing that from happening. Plaintiff has been terrified to apply for a mortgage for fear of continuing to be denied.

## FACTS REGARDING NAVY FEDERAL CREDIT UNION

Since on or about January 1, 2022, Plaintiff has initiated multiple disputes related to two Navy Federal Credit Union (NFCU) accounts on her consumer report with the Defendant as there were many inaccuracies. Both accounts show a different past due and current balance amount compared to Plaintiff's Experian consumer report. Transunion has assumed the role of assembling and evaluating consumer credit and has grave responsibility in ensuring that the information they report is accurate. If information from each reporting agency differs, the consumer ultimately suffers from these inaccuracies.

Defendant has refused to properly reinvestigate and/or correct any inaccuracies on the accounts despite Plaintiff's numerous requests to do so. It is Plaintiff's belief that Defendant sent electronic communication with the creditor to only confirm if the Plaintiff had an account with the creditor and did not properly investigate any of the disputed information. Defendant continued to verify that the information reported was accurate. The same accounts appearing on different consumer reports reporting

4

different information on them cannot both be accurate. Defendant again failed the requirement of 15 USC § 1681i(a)(1)(A) to conduct a reasonable investigation to determine whether the disputed information is accurate. It is also believed that the Defendant failed to forward the disputed information to the furnisher of information as required by 15 U.S.C § 1681i(a)(2). Had this been done, the accounts would have been updated to reflect accurate information.

## FACTS REGARDING VERIZON WIRELESS ACCOUNT

On or about February 7, 2021, Plaintiff initiated several disputes with the Defendant to have a Verizon Wireless account removed from her consumer report as it was the result of identity theft. Plaintiff Sent multiple disputes to the Defendant by way of certified mail and CFPB complaints which included an FTC report and a police report that detailed the nature of the matter. Defendant verified this account as accurate on multiple occasions up until 1/21/22.

Defendant again failed to properly reinvestigate the dispute initiated by Plaintiff which again fails the requirements of 15 USC §1681i(a)(1)(A) to conduct a reasonable investigation to determine whether the disputed information is accurate.

Defendant also failed the requirement of 15 USC § 1681c-2 to block information resulting from identity theft within 4 business days of receipt of a police report and FTC identity theft report.

Plaintiff suffered a severely low credit score as a result of the inaccurate information continually being reported on her report month after month.

## DECEPTIVE AND UNFAIR BUSINESS PRACTICES

Defendant continued to report inaccurate utilization percentages and purposely misrepresented credit balances despite federal law stating that this information should be excluded altogether. Pursuant to 15 U.S.C § 1681a(2)(A)(i) Exclusions- "the term consumer report does not include...... "a report containing solely as to transactions and experiences between the consumer and the person making the report."

Utilization, credit balances and payment history are several forms of an experience or transaction with the consumer and the creditor who in this case would be Navy Federal Credit Union. Plaintiff was denied an extension of credit as recent as March 1, 2023, and one of the denying reasons for credit, was too many accounts with balances. It is Plaintiff's belief that when creditors see these balances on a consumer report, they believe the information to be negative and will deny the the extension of credit based on these factors. In an article posted on the Consumer Financial Protection Bureaus (CFBP) site, a "credit balance" on a billing statement is defined as an amount that the card issuer or creditor owes you(consumer). See below:

5

There is a "credit balance" shown on my statement. What is a credit balance?
A credit balance on your billing statement is an amount that the card issuer owes you.
Credits are added to your account each time you make a payment. A credit might be added when you
return something you bought with your credit card. Credits can also be added to your account because of
rewards you have earned or because of a mistake in a prior bill. If the total of your credits exceeds the
amount you owe, your statement shows a credit balance. This is money the card issuer owes you.

You can call your card issuer and arrange to have a check sent to you in the amount of the credit
balance. Your card issuer may ask you to submit this request in writing.  Or, you can leave the credit on
your account to pay for future charges. However, if you leave a credit balance on your account for more
than 6 months, your card issuer will likely send you a check for that amount. **(There is a "credit
balance" shown on my statement. What is a credit balance? | Consumer Financial
Protection Bureau. (2020, August 28). Consumer Financial Protection Bureau.
https://www.consumerfinance.gov/ask-cfpb/there-is-a-credit-balance-shown-on-my-
statement-what-is-a-credit-balance-en-42/**

Defendant also continued to verify inaccurate information as accurate on the Plaintiff's
consumers report without investigating such disputes. Defendant certified the information as accurate on
behalf of the furnisher when in fact, the furnishers of information were never informed about such
disputes.

<u>**CONCLUSION**</u>

The Plaintiff has suffered an insurmountable level of stress, embarrassment, frustration, anxiety
and irreparable harm related to her credit reputation that the Defendant is responsible for assembling and
evaluating. The Plaintiff is preparing herself for home ownership and the hurdles that Trans Union has
positioned itself to meddle in my private affairs is making it impossible for me to get approved for a
mortgage. As a single mother of two children, it is imperative for me to improve my living situation and
live in a better neighborhood and school district for my children to feel safe and thrive in and I cant do
that with the inaccurate and false information that the Defendant is reporting.

I am in constant panic and worry about being denied for simply trying to improve my life and
continuing to apply for credit is further adding unnecessary inquiries which will further lower my credit
score and further taint my credit profile.

Defendant has repeatedly shown that they are unwilling to follow the standards by which they are
governed and are harming innocent consumers in the process.

Defendant has a poor history of safekeeping the private and confidential information of millions
of consumers as they have been sued multiple times for several data breaches by failing to encrypt
sensitive information, implement reasonable measures and carry out adequate analysis on its systems or

6

properly train its workers (Brown, C. (2023). *TransUnion Sued Over 2022 Data Breach Affecting 200 Million*. Christopher Brown. https: news.bloomberglaw.com litigation transunion-sued-over-2022-data-breach-affecting-200-million).

It is with great hope that this Court grants my claims for relief related to all negligence and willful noncompliance displayed by the Defendant Trans Union.

# CAUSE OF ACTION

## FIRST CLAIM FOR RELIEF
### 15 U.S.C § 1681e(b)

Plaintiff re-alleges and incorporates by reference all paragraphs above.

Defendant has violated 15 U.S.C § 1681e(b) by continuing to report erroneous inaccurate information that could not be verified and therefore proves that they failed to maintain reasonable procedures in operations designed to assure maximum possible accuracy in the credit reports published.

1. Trans Union has caused injury including but not limited to mental and emotional distress, damage to credit reputation and denial of extensions to credit.

2. Trans Union has done so willfully, recklessly, and negligently.

3. Plaintiff is entitled to actual damages, punitive damages and any associated court costs related to bringing this case forward pursuant to 15 U.S.C § 1681n

4. Alternatively, Plaintiff is entitled to actual damages and court costs if the violation is negligent pursuant to 15 U.S.C § 1681o.

## SECOND CLAIM FOR RELIEF
### 15 U.S.C § 1681i(a)(2)(A)

Plaintiff re-alleges and incorporates by reference all paragraphs above.

Defendant Trans Union has violated 15 U.S.C. § 1681i(a)(2) in that they failed to consider and forward all relevant information to the furnisher of information.

1. Trans Union has caused injury in fact by causing among other effects mental and emotional distress damage to credit reputation and resulting in credit damages to Plaintiff.

2. Trans Union has done so either negligently or willfully

3. Plaintiff is entitled to actual damages punitive damages and court cost pursuant to 15 U.S.C § 1681n.

4. Alternatively, plaintiff is entitled to actual damages and court costs if the violation is negligent pursuant to 15 U.S.C §1681o.

## THIRD CLAIM FOR RELIEF

### 15 U.S.C § 1681i(a)(4)

1. Plaintiff re-alleges and incorporates by reference all paragraphs above.

2. Trans Union has violated 15 USC §1681i(a)(4) if they failed to review and consider all relevant information submitted by consumer with respect to such disputed information.

3. Trans Union has caused injury including but not limited to mental and emotional distress, damage to credit reputation resulting in credit damage to plaintiff.

4. Trans Union has done so either negligently or willfully.

5. Plaintiff is entitled to actual damages, punitive damages, and court costs pursuant to 15 U.S.C § 1681n.

6. Alternatively, plaintiff is entitled to actual damages and court costs if the violation is negligent pursuant to 15 U.S.C §1681o.

## FOURTH CLAIM FOR RELIEF

### 15 U.S.C § 1681i(a)(5)

1. Plaintiff re-alleges and incorporates by reference all paragraphs above.

2. Trans Union has violated 15 U.S.C § 1681i(a)(5) if they fail to have promptly delete inaccurate, incomplete or information that cannot be verified.

3. Trans Union has caused injury including but not limited to mental and emotional distress, damage to credit reputation resulting in credit damage to plaintiff.

4. Trans Union has done so either negligently or willfully.

5. Plaintiff is entitled to actual damages, punitive damages, and court costs pursuant to 15 U.S.C § 1681n.

6. Alternatively, Plaintiff is entitled to actual damages and court costs if the violation is negligent pursuant to 15 U.S.C §1681o

## FIFTH CLAIM FOR RELIEF

### 15 U.S.C. § 1681i(a)(7)

1. Plaintiff re-alleges and incorporates by reference paragraphs 1- 48 above.

2. Defendant has violated 15 U.S.C 1681i(a)(7) if they failed to provide the procedures used when requested by Plaintiff.

3. Defendant has caused injury including but not limited to mental and emotional distress, damage to credit reputation resulting in credit damage to plaintiff.

8

4. Defendant has done so either negligently or willfully.

5. Plaintiff is entitled to actual damages, punitive damages, and court costs pursuant to 15 U.S.C § 1681n.

6. Alternatively, plaintiff is entitled to actual damages and court costs if the violation is negligent pursuant to 15 U.S.C §1681o.

## SIXTH CLAIM FOR RELIEF
### 15 U.S.C § 1681i(a)(1)

1. Plaintiff re-alleges and incorporates by reference all paragraphs above.

2. Trans Union has violated 15 U.S.C § 1681i(a)(1) if they failed to conduct a reasonable re-investigation to determine whether disputed information was accurate.

3. Trans Union has caused injury including but not limited to mental and emotional distress, damage to credit reputation resulting in credit damage to plaintiff.

4. Trans Union has done so either negligently or willfully.

5. Plaintiff is entitled to actual damages, punitive damages, and court costs pursuant to 15 U.S.C § 1681n.

6. Alternatively, plaintiff is entitled to actual damages and court costs if the violation is negligent pursuant to 15 U.S.C §1681o.

## SEVENTH CLAIM FOR RELIEF
### 15 U.S.C. § 1681g(a)(1)

1. Plaintiff re-alleges and incorporates by reference all paragraphs above.

2. Trans Union has violated 15 U.S.C. 1681g(a)(1) if they failed to provide all information in the consumer's file at the time of request.

3. Trans Union has caused injury including but not limited to mental and emotional distress, damage to credit reputation resulting in credit damage to Plaintiff.

4. Trans Union has done so either negligently or willfully.

5. Plaintiff is entitled to actual damages, punitive damages, and court costs pursuant to 15 U.S.C § 1681n.

## EIGHTH CLAIM FOR RELIEF
### 15 U.S.C § 1681c-2(a) & (b)

1. Plaintiff re-alleges and incorporates by reference all paragraphs above.

2. Trans Union violated 15 U.S.C § 1681c-2(a) when they failed to block information from the report that was identified as a result of identity theft.

9

3. Trans Union violated 15 USC § 1681c-2(b) when they failed to promptly notify the furnisher of information that the information may be a result of identity theft.

4. Trans Union continued to verify the account as accurate.

5. Trans Union has caused injury including but not limited to mental and emotional distress and damage to credit reputation resulting in credit damage to Plaintiff.

6. Trans Union has done so either negligently or willfully.

7. Plaintiff is entitled to actual damages, punitive damages, and court costs pursuant to 15 U.S.C § 1681n.

## NINTH CLAIM FOR RELIEF
## DEFAMATION OF CHARACTER

1. Plaintiff re-alleges and incorporates by reference all paragraphs above

2. Plaintiff 's credit reputation and character has been pillaged and grievously harmed by the repeated instances of incompetence, negligence and malfeasance displayed by the Defendant.

3. Plaintiff has been denied credit, been forced to pay a much higher interest rate for the credit she could have secured. The damage did not occur from one incidence but occurred over a span of many years.

4. Defendant was notified in writing on several occasions that the reporting of information on several accounts were inaccurate, but the Defendant continued to verify the inaccuracies as verified and accurate.

5. Defendant then furnished the inaccuracies to creditors whom Plaintiff was trying to obtain extensions of credit from.

6. Defendant continued to report inaccurate defaming information as accurate and certified the information as accurate willingly and knowingly.

## TENTH CLAIM FOR RELIEF
## VIOLATION OF THE NEVADA STATE CODE NRS 598C.160

1. Plaintiff re-alleges and incorporates by reference all paragraphs above

2. Defendant failed to notify the institutional sources of information within 30 days of a dispute by a consumer and complete a re-investigation for accuracy of the disputed information.

3. Trans Union has caused injury including but not limited to mental and emotional distress, damage to credit reputation resulting in credit damage to plaintiff

4. Trans Union has done so either negligently or willfully

10

## ELEVENTH CLAIM FOR RELIEF

### VIOLATION OF THE NEVADA STATE CODE NRS 598.0915

1. Plaintiff re-alleges and incorporates by reference all paragraphs above

2. Defendant violated NRS 598.0915(15) when they verified inaccurate disputed information as accurate without properly investigating Plaintiff's disputes. Defendant certified inaccurate information on behalf of the furnisher.

3. Trans Union has caused injury including but not limited to mental and emotional distress, damage to credit reputation resulting in credit damage to Plaintiff.

4. Defendant's failure to comply with these provisions constitutes a deceptive act under NRS 598.0915 and as such, Plaintiff is entitled to damages plus reasonable attorney's fees.

## TWELFTH CLAIM FOR RELIEF

### INVASION OF PRIVACY BY INTRUSION UPON SECLUSION

1. Plaintiff re-alleges and incorporates by reference all paragraphs above.

2. The Restatement of Torts, Second § 652(b) defines intrusion upon seclusion as "one who intentionally intrudes.... upon the solitude or seclusion of another, or his private affairs or concerns, is subject to liability to the other for invasion of privacy if the intrusion would be highly offensive to a reasonable person."

3. Defendant used the unauthorized personal identifying information of Plaintiff to indirectly access court records pertaining to bankruptcy.

4. This action is highly offensive as the Plaintiff is entitled to handle her personal affairs in solitude and private without the fear of having her personal nonpublic information being used to search for private and personal matters for all to see.

## TRIAL BY JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Valerie McDonald respectfully request a trial by jury and entry of judgment in favor of plaintiff and against defendant for the following;

    A. Actual or statutory damages pursuant to 15 U.S.C §1681n(a)(1)(A).

    B. Actual damages pursuant to 15 U.S.C § 1681o(a)(1)

    C. Actual and treble damages pursuant to NRS 598.0999(3)(e)

    D. Costs pursuant to 15 U.S.C § 1681n(a)(3) and 15 U.S.C § 1681o(a)(2)

    E. Court cost and related fees

    F. Any further relief as the Court may deem just and proper.

G.  Cease and desist of any further reporting on consumer

Dated this 13th day of August 2023



Valerie McDonald

9004 In Vogue Ct

Las Vegas, Nevada [89149]

702-970-0173

valeriecmcdonald@gmail.com

12

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT





## UNITED STATES
## BANKRUPTCY COURT
## DISTRICT OF NEVADA
### 300 Las Vegas Boulevard South

12/22/2021

Valerie McDonald
9004 In Vogue Ct.
Las Vegas, NV 89149

Dear Ms. McDonald,

This is in response to your letter received on 12/22/2021.
The Bankruptcy Court does not report information to any credit bureaus.

However, the Bankruptcy Court records are public record and anyone that has a PACER account or wants to view cases on the court's docket can view the information at the clerk's office. If someone was to call or email our help desk, and they inquired if a case was filed for a specific name/case number, we would tell them yes or no, if a case was filed or not filed with that name/case number. We would let them know if the case was open, discharged/closed/dismissed. We do not provide any Social Security numbers and they are redacted to the last 4 digits on the docket.

If you have any questions, please contact the clerk's office at 1-866-232-1266.  Thank you.

U.S. Bankruptcy Court
District of Nevada
www.nvb.uscourts.gov


/gp

# EXHIBIT

# B



LexisNexis® Consumer Center

Consumer Number: 7948641

Case Number: 21382431



March 10, 2022

VALERIE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149

Dear VALERIE MCDONALD,

RE: Results of Reinvestigation

Thank you for your recent correspondence to LexisNexis Risk Solutions ("LexisNexis"). LexisNexis completed its reinvestigation and reports its findings below. Please be advised that you may receive additional communications if you disputed other items in your LexisNexis file.

| LEXISNEXIS CASE NUMBER | RESOLUTION |
|---|---|
| 21382431, 21382441 | We have deleted information from our Identification Records based upon your dispute. |
| 20449711 | After a reinvestigation of the data in question, LexisNexis was unable to verify the accuracy of bankruptcy case number 1615778 within the required timeframe as outlined by the Fair Credit Reporting Act, and subsequently removed this record from your LexisNexis report. |

Any changes to your file referenced above were made in the compliance with the Fair Credit Reporting Act ("FCRA", 15 U.S.C. § 1681 et seq.). As such, the changes are applied to "consumer reports" as defined by the FCRA. Changes are not necessarily made to data sold by LexisNexis for non-FCRA purposes.

LexisNexis reviews all relevant information provided to it by consumers regarding disputed items in their file. If you provide source-based evidence proving your position, LexisNexis will update the file with the new information provided.

Please note that the Fair Credit Reporting Act gives you the right to:

• Request a description of the procedure used to determine the accuracy and completeness of disputed information, including the business name and address, and telephone number if reasonably available, of any furnisher of information contacted;

• Add a statement to your file disputing the accuracy or completeness of information. The statement will remain on file and will be furnished to recipients of the file as long as the disputed information is still used;

• Request that LexisNexis furnish notification of the deletion of disputed information, a consumer statement, or revised report to any person specifically designated by you who has received a LexisNexis consumer report for employment purposes within the past two years, or received a LexisNexis consumer report for any other purpose in the past six months (twelve months for residents of California, Colorado, Maryland, New Jersey, and New York).





# EXHIBIT





# Public Records

## Important information about public record item(s) on TransUnion Credit Reports

TransUnion reports public record items from courts and other public record sources. If your TransUnion credit report contains a public record item, you may be required to explain it to potential creditors, employers and insurers. Generally, TransUnion retains third-party vendors to collect this public record information and transmit it to TransUnion for inclusion on consumer credit reports.

TransUnion reports bankruptcy public records on credit reports. For bankruptcy public records collected through November 30, 2018, TransUnion obtained information about your bankruptcy from third-party vendor, LexisNexis. LexisNexis may be contacted using the information provided below.

LexisNexis Risk Data Management Inc.
LexisNexis Consumer Center
P. O. Box 105615
Atlanta, GA 30348-5108
https://transunionconsumers.lexisnexis.com/

For bankruptcy public records collected after November 30, 2018, TransUnion obtained information about your bankruptcy from third-party vendor, LCI.  LCI may be contacted using the information provided below.

LCI
LCI Consumer Center
P. O. Box 1582
Burlingame, CA 94010
www.lciinc.com/transunionconsumers/

## Disputing Public Record Items on Your TransUnion Credit Report

Federal law allows you to dispute inaccurate information on your credit report.  There is no fee for filing a dispute.

You may submit a dispute with TransUnion in one of three ways:

Online

# EXHIBIT



1/15/2022

Transunion
P.O Box 2000
Chester, PA 19016

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149

To whom it may concern,

I was looking over my consumer report and noticed many inaccuracies.
As a result of these inaccuracies, my credit is suffering tremendously. Credit extension has
been denied to me by multiple credit companies. This inturn has left me with multiple inquiries
on my credit report as well as decreased credit score.

As a consumer and natural person, you have violated several federal laws against me. You are
currently in violation of. U.S. Code 1681b(1), and 15 U.S Code 6821(a).

These violations are against federal law and prohibit you from furnishing this consumer report
without written consent from me or a court order from federal court. You are also reporting
private and sensitive information. Your company has proven that you are not capable of keeping
this information private, as indicated by your many data breaches. I am demanding that every
account on this consumer report be deleted upon receipt of this notice.

Once this information is deleted, send me an updated copy of the consumer report.

Valerie McDonald

# EXHIBIT

# E

2/15/2022

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149

Transunion
PO Box 4500
Allen, TX 75013

I have previously disputed item US BKPT CT 1615778LED and in response you verified this information with the court. I contacted the court, and their response is enclosed. They do not report to you or to any credit bureaus for that matter therefore your original response verifying that the item with the court was either an error or a lie. You are required to list the furnisher of the information that you report on consumer reporting agencies. The furnisher that is reporting this information is either Lexis Nexis or Pacer to which both are 3rd party agencies and not the bankruptcy court as verified on my report.   You are using deceptive and misleading tactics and this is considered false reporting. These reporting requirements do not comply with the FCRA 611 and 15 USC 1681 and the information must be deleted immediately.


Valerie McDonald

# EXHIBIT

# F

3/15/2022

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149

Transunion
PO Box 4500
Allen, TX 75013

I have previously disputed item US BKPT CT 1615778LED and in response you verified this information
with the court. I contacted the court, and their response is enclosed. They do not report to you or to any
credit bureaus for that matter therefore your original response verifying that the item with the court
was either an error or a lie. You are required to list the furnisher of the information that you report on
consumer reporting agencies. The furnisher that is reporting this information is either Lexis Nexis or
Pacer to which both are 3rd party agencies and not the bankruptcy court as verified on my report. You
are using deceptive and misleading tactics and this is considered false reporting. These reporting
requirements do not comply with the FCRA 611 and 15 USC 1681 and the information must be deleted
immediately.

Valerie McDonald

# EXHIBIT



7/14/2022

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149

Transunion
PO Box 2000
Chester, PA 19016

RE: Bankruptcy Dispute


Please verify the accuracy of the account US BKPT CT 1615778LED. I am disputing this item, as the listed furnisher of the information has not been able to verify this account on their end. I contacted the bankruptcy court and they do not report to credit reporting agencies. I have also disputed this account with Lexis Nexis and they can not verify this information either. I am requesting a full reinvestigation of the public record being reported on my consumer report and demand to know how the account is being verified.


Enclosed is a copy of my ID and letters from both Lexis Nexis and the Bankruptcy Court.

# EXHIBIT

# H

8/25/2022

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149

Transunion
PO Box 2000
Chester, PA 19016

To whom it may concern,

I am requesting the deletion of the 2 Navy Federal Accounts that are currently appearing on my consumer report. Pursuant to the Fair Credit Reporting Act 1681a(2)(B), a consumer report does not include "any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device.

This information is excluded from being reported on a consumer report and I am demanding the immediate deletion of this information. The reporting of this information has been detrimental to my credit rating and credit reputation.

This serves as notice that I am disputing the information being reported on my consumer report as the FCRA states it should be excluded. Any continued reporting of this information will result in civil liability for willful and knowing noncompliance.

Please delete this information from my consumer report and credit file within 30 days from receipt of this letter.

Please also send me my credit file after this information has been deleted.

Valerie McDonald

# EXHIBIT

# I

9/23/2022

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149
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

Transunion
PO Box 2000
Chester PA 19016

RE: Syncb/Sams Inquiry

To whom it may concern,

I am disputing the inquiry that is currently showing on my consumer report. The inquiry was placed on the report 5/4/22 for Synchrony Bank/Sams. I am disputing the accuracy of this information as I did not initiate an application for this company, nor do I have an open account with synchrony. Pursuant to 1681b(a)3(f)(i) there was no permissible purpose for furnishing my report to Synchrony Bank. In addition, a consumer reporting agency may not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

Please delete this inquiry from my consumer report immediately.


Valerie McDonald

# EXHIBIT



11/25/2022

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149
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
05/29/1983

Transunion
PO Box 2000
Chester, PA 19016

RE: NOTICE OF INTENT TO SUE

As a living soul under the almighty, the constitution, specifically the 4th amendment implies my right to privacy and the alienable right to be left alone in peace. I have never given Transunion the consent or permission to house or furnish any of the below information.

Capital One Auto Finance – Opened 7/30/2018

Navy Federal Credit Union- Opened 05/02/2021

Navy Federal Credit Union -Opened 08/28/2018

Chapter 7 Bankruptcy- Date filed 10/27/2016

Immediately remove this information from my consumer report and provide me with proof of such removal within 4 business days from the date of receipt of this notice. Failure of your compliance will result in a lawsuit in small claims court at my local courthouse. Your company will be held liable for restation, defamation of character and/or reimbursement of loss wages for time spent investigating and defending myself from your unlawful and questionable actions in the amount of $10,000.

Living Soul- Valerie McDonald

# EXHIBIT

# K

_____

*** 429744819-025 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

09/29/2022



Information for Good.

PGSH1Y00202535-I034847-096986133

VALERIE CHARMAINE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149-3091

Dear VALERIE CHARMAINE MCDONALD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

# Your Investigation Results

## INVESTIGATION RESULTS - VERIFIED AS ACCURATE: The disputed item was verified as accurate.

**CAPITAL ONE AUTO FINANCE** #6204145707338**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**.
Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| **Date Opened:** 07/30/2018 | **Balance:** $13,848 | **Pay Status:** | >Charged Off< |
| **Responsibility:** Individual Account | **Date Updated:** 09/13/2022 | **Terms:** | $0 per month, paid Monthly |
| **Account Type:** Installment Account | **Payment Received:** 02/24/2022 ($0) | | for 77 months |
| **Loan Type:** AUTOMOBILE | **Last Payment Made:** 02/24/2022 | **Date Closed:** | 09/13/2022 |
| | **High Balance:** $14,589 | | >Maximum Delinquency of 90 days in 10/2019 |
| | **Original Charge-off:** $11,477 | | and in 04/2022< |
| | **Past Due:** >$13,848< | | |

**Remarks:** DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<
**Estimated month and year that this item will be removed:** 01/2029

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | C/O | C/O | C/O | 90 | 60 | 30 | X | OK | OK | OK | OK |

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | 30 |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 30 | OK | OK | OK | OK | 30 | 30 | 60 | 60 | 90 | 60 |

| | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 30 | 30 | OK | OK | X | OK | OK | OK | OK | OK | OK | OK |

File Number: 429744819
Date Issued: 09/29/2022

---

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

---

**NAVY FEDERAL CR UN** #406095554948**** ( POB 3700, MERRIFIELD, VA 22119-3700, (888) 842-6328 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Maximum Delinquency; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 08/28/2018 | Balance: $489 | Pay Status: Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Date Updated: 09/05/2022 | |
| Account Type: Revolving Account | Payment Received: 07/29/2022 ($0) | Terms: $20 per month, paid Monthly |
| Loan Type: CREDIT CARD | Last Payment Made: 07/29/2022 | Date Closed: 06/03/2022 |
| | High Balance: $1,174 | >Maximum Delinquency of 90 days in 07/2022< |
| | Credit Limit: $700 | |

Remarks: DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**NAVY FEDERAL CR UN** #500001406095672606**** ( 820 FOLLIN LANE SE, VIENNA, VA 22180, Phone number not available )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Remarks; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 05/02/2021 | Balance: $21,657 | Pay Status: >Charged Off< |
| Responsibility: Individual Account | Date Updated: 09/27/2022 | Terms: Paid Monthly |
| Account Type: Revolving Account | Payment Received: 03/23/2022 ($0) | Date Closed: 04/08/2022 |
| Loan Type: CREDIT CARD | Last Payment Made: 03/23/2022 | >Maximum Delinquency of 120 days in 05/2022 and in 07/2022< |
| | High Balance: $21,657 | |
| | Original Charge-off: $21,657 | |
| | Credit Limit: $20,000 | |
| | Past Due: >$21,657< | |

Remarks: DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 02/2029

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK |

| | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|
| Rating | OK | OK | OK |



# EXHIBIT

# L

*** 429744819-033 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

12/14/2022



Information for Good.

PH6D1500200253-I003025-099516236

VALERIE CHARMAINE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149-3091

Dear VALERIE CHARMAINE MCDONALD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

**CAPITAL ONE AUTO FINANCE** #6204145707338**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )

We investigated the information you disputed and updated: **Balance; Date Updated; Past Due; Date Closed; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 07/30/2018 | Balance: | $14,500 |
| Responsibility: | Individual Account | Date Updated: | 12/05/2022 |
| Account Type: | Installment Account | Payment Received: | 02/24/2022 ($0) |
| Loan Type: | AUTOMOBILE | Last Payment Made: | 02/24/2022 |
| | | High Balance: | $14,589 |
| | | Original Charge-off: | $11,477 |
| | | Past Due: | >$14,500< |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Terms: | $0 per month, paid Monthly for 77 months |
| | >Maximum Delinquency of 90 days in 10/2019 and in 04/2022< |

Remarks: DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<

**Estimated month and year that this item will be removed: 01/2029**

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | C/O | C/O | C/O | 90 | 60 | 30 | X | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | OK | 30 | OK | 30 | OK | OK | OK | OK | OK | 30 | 30 |

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 90 | 60 | 60 | 30 | 30 | OK | OK | X | OK | OK | OK | OK | OK | OK | OK |





**INVESTIGATION RESULTS - VERIFIED AND UPDATED: The disputed item(s) was verified as belonging to you and information has changed or been updated to reflect recent activity.**

## NAVY FEDERAL CR UN #406095554948**** ( POB 3700, MERRIFIELD, VA 22119-3700, (888) 842-6328 )

We investigated this item, verified it belongs to you, and updated: **Balance; Date Updated; Last Payment Made; Rating; Payment Received; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 08/28/2018 | Balance: $552 | Pay Status: >Account 60 Days Past Due Date< |
| Responsibility: | Individual Account | Date Updated: 12/12/2022 | |
| Account Type: | Revolving Account | Payment Received: 11/25/2022 ($20) | Terms: $20 per month, paid Monthly |
| Loan Type: | CREDIT CARD | Last Payment Made: 11/25/2022 | Date Closed: 06/03/2022 |
| | | High Balance: $1,174 | >Maximum Delinquency of 90 days in |
| | | Credit Limit: $700 | 07/2022< |
| | | Past Due: >$40< | |

Remarks: DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR
Estimated month and year that this item will be removed: 09/2029

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 30 | OK | OK | 90 | 60 | 30 | OK | OK | OK | OK | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## NAVY FEDERAL CR UN #5000014060956 72606**** ( 820 FOLLIN LANE SE, VIENNA, VA 22180, Phone number not available )

We investigated this item, verified it belongs to you, and updated: **Date Updated; Rating; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 05/02/2021 | Balance: $21,657 | Pay Status: >Charged Off< |
| Responsibility: | Individual Account | Date Updated: 12/13/2022 | Terms: Paid Monthly |
| Account Type: | Revolving Account | Payment Received: 03/23/2022 ($0) | Date Closed: 04/08/2022 |
| Loan Type: | CREDIT CARD | Last Payment Made: 03/23/2022 | >Maximum Delinquency of 120 days in |
| | | High Balance: $21,657 | 06/2022 and in 07/2022< |
| | | Original Charge-off: $21,657 | |
| | | Credit Limit: $20,000 | |
| | | Past Due: >$21,657< | |

Remarks: DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 02/2029

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:** The disputed item was verified as accurate.

**USBK COURT NEVADA Docket #: 1615778** ( 300 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89101, (702) 527-7000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 10/27/2016 | Type: | CHAPTER 7 BANKRUPTCY | Court Type: | US Bankruptcy Court |
| Date Paid: | 02/27/2017 | | DISCHARGED | | |
| Date Updated: | 02/28/2017 | Responsibility: | Individual Debt | Plaintiff Attorney: | PRO SE |

Estimated month and year that this item will be removed: 09/2026

# EXHIBIT

# M

*** 429744819-019 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

09/13/2022


Information for Good.

PGPHE900201929-I024695-096545957

VALERIE CHARMAINE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149-3091

Dear VALERIE CHARMAINE MCDONALD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

**CAPITAL ONE AUTO FINANCE** #6204145707338**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )
We investigated the information you disputed and updated: **Balance; Date Updated; Past Due; Date Closed; Remarks; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 07/30/2018 | Balance: $13,840 | Pay Status: >Charged Off< |
| Responsibility: Individual Account | Date Updated: 09/12/2022 | Terms: $0 per month, paid Monthly |
| Account Type: Installment Account | Payment Received: 02/24/2022 ($0) | for 77 months |
| Loan Type: AUTOMOBILE | Last Payment Made: 02/24/2022 | >Maximum Delinquency of 90 days in 10/2019 |
| | High Balance: $14,589 | and in 04/2022< |
| | Original Charge-off: $11,477 | |
| | Past Due: >$13,840< | |

Remarks: DISP INVG COMP-RPT BY GRNTR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 01/2029

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | C/O | C/O | C/O | 90 | 60 | 30 | X | OK | OK | OK | OK |

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | 30 |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 30 | OK | OK | OK | OK | OK | 30 | 30 | 60 | 90 | 60 |

| | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 30 | 30 | OK | OK | X | OK | OK | OK | OK | OK | OK | OK |

# EXHIBIT



*** 350291539-047 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

08/18/2020



Information for Good.

PCMTS900202415-I030677-073736097

VALERIE CHARMAINE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149-3091

Dear VALERIE CHARMAINE MCDONALD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number:    350291539                    Page 4 of 6
Date Issued:    08/18/2020

# Your Investigation Results

> **INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:  The disputed item(s) was verified as accurate; however, other information has also changed.**

**VERIZON WIRELESS #5735316410****** ( PO BOX 650051, DALLAS, TX 75265, (800) 852-1922 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Payment Received**.  Here is how this account appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 03/14/2019 | Balance: | $2,464 |
| Responsibility: | Individual Account | Date Updated: | 07/31/2020 |
| Account Type: | Open Account | Payment Received: | ($0) |
| Loan Type: | | High Balance: | $2,464 |
| | TELECOMMUNICATIONS/CELLULAR | Past Due: | >$2,464< |

Pay Status:    >In Collection<
Date Closed:   08/25/2019

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 03/2026

| | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 06/2019 | 05/2019 | 04/2019 |
|---|---|---|---|
| Rating | X | X | X |

# EXHIBIT



*** 427976134-004 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

01/14/2022


**Information for Good.**

PFE8JY00200286-I002529-086047657

VALERIE CHARMAINE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149-3091

Dear VALERIE CHARMAINE MCDONALD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:  The disputed item was verified as accurate.**

**USBK COURT NEVADA Docket #: 1615778** ( 300 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89101, (702) 527-7000 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Filed:** | 10/27/2016 | **Type:** | CHAPTER 7 BANKRUPTCY | **Court Type:** | US Bankruptcy Court |
| **Date Paid:** | 02/27/2017 | | DISCHARGED | | |
| **Date Updated:** | 02/28/2017 | **Responsibility:** | Individual Debt | **Plaintiff Attorney:** | PRO SE |

**Estimated month and year that this item will be removed: 09/2026**

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

# EXHIBIT

# P

*** 350291539-093 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

02/23/2022


Information for Good.

PFLVXK00300799-I012853-087421065

VALERIE CHARMAINE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149-3091

Dear VALERIE CHARMAINE MCDONALD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

# Your Investigation Results

> **INVESTIGATION RESULTS - DELETED:** The disputed item(s) was removed from your credit report.

**CAPITAL ONE** #517805907599**** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
In response to your dispute, this item was **DELETED** from your credit report.

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

**CREDENCE RESOURCE MANAGEMENT** #26026**** ( 4222 TRINITY MILLS, SUITE 260, DALLAS, TX 75287, (855) 876-5351 )
In response to your dispute, this item was **DELETED** from your credit report.

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■



Case 2:23-cv-00416-JAD-BNW Document 1 Filed 03/17/23 Page 55 of 87
File Number: 3502915510-5AD-BNW    Page 9 of 13    Filed 03/17/23   Page 5 of 667
Date Issued:    02/23/2022

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

**CAPITAL ONE AUTO FINANCE** #6204145707338**** ( CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025, (800) 946-0332 )
We investigated the information you disputed and updated: **Balance; Date Updated; Original Charge-Off; Past Due; Pay Status; Maximum Delinquency; Rating; Historical Trended Data.** Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| Date Opened: 07/30/2018 | Balance: $12,155 | Pay Status: >Account 30 Days Past Due Date< |
| Responsibility: Individual Account | Date Updated: 02/17/2022 | |
| Account Type: Installment Account | Payment Received: 12/24/2021 ($0) | Terms: $397 per month, paid Monthly for 77 months |
| Loan Type: AUTOMOBILE | Last Payment Made: 12/24/2021 | |
| | High Balance: $14,589 | >Maximum Delinquency of 90 days in 10/2019< |
| | Original Charge-off: $0 | |
| | Past Due: >$396< | |

Remarks: DISP INVG COMP-RPT BY GRNTR
Estimated month and year that this item will be removed: 01/2029

| | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | 30 | OK | 30 | OK | 30 | OK | OK | OK | OK | 30 |

| | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | 60 | 90 | 60 | 60 | 60 | 30 | 30 | OK | OK | X | OK |

| | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

## INVESTIGATION RESULTS - VERIFIED AS ACCURATE: The disputed item was verified as accurate.

**USBK COURT NEVADA Docket #: 1615778** ( 300 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89101, (702) 527-7000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 10/27/2016 | Type: | CHAPTER 7 BANKRUPTCY | Court Type: | US Bankruptcy |
| Date Paid: | 02/27/2017 | | DISCHARGED | | Court |
| Date Updated: | 02/28/2017 | Responsibility: | Individual Debt | Plaintiff Attorney: | PRO SE |

Estimated month and year that this item will be removed: 09/2026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MOBILOANS #243375****** ( PO BOX 1409, MARKSVILLE, LA 71351, (877) 836-1518 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 06/21/2017 | Balance: | $0 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Date Updated: | 11/30/2017 | Terms: | Paid Bi-weekly |
| Account Type: | Line of Credit Account | Last Payment Made: | 07/28/2017 | Date Closed: | 10/03/2017 |
| Loan Type: | LINE OF CREDIT | High Balance: | $1,243 | | >Maximum Delinquency of 30 days in |
| | | Original Charge-off: | $1,243 | | 09/2017< |
| | | Credit Limit: | $900 | | |

Account Sale Info: ACCOUNT SOLD TO GLOBAL TRUST MANAGEMENT LLC
Remarks: PURCHASED BY ANOTHER LENDER; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 08/2024

| | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 |
|---|---|---|---|---|---|
| Rating | C/O | 30 | OK | OK | OK |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# EXHIBIT



*** 427976134-013 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

03/17/2022



Information for Good.

PFQ9HJ00201759-I021705-088064127

VALERIE CHARMAINE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149-3091

Dear VALERIE CHARMAINE MCDONALD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

Case 2:23-cv-00418-JAD-BNW   Document 1   Filed 03/17/23   Page 59 of 87

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:  The disputed item was verified as accurate.**

**USBK COURT NEVADA Docket #: 1615778** ( 300 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89101, (702) 527-7000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 10/27/2016 | **Type:** | CHAPTER 7 BANKRUPTCY DISCHARGED | **Court Type:** | US Bankruptcy Court |
| Date Paid: | 02/27/2017 | | | | |
| Date Updated: | 02/28/2017 | **Responsibility:** | Individual Debt | **Plaintiff Attorney:** | PRO SE |

**Estimated month and year that this item will be removed: 09/2026**

Case 2:23-cv-00416-JAD-BNW   Document 13   Filed 08/14/23   Page 60 of 87

# EXHIBIT

# R

*** 350291539-099 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

03/18/2022


**Information for Good.**

PFQHHH00300286-I004561-088092898

VALERIE CHARMAINE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149-3091

Dear VALERIE CHARMAINE MCDONALD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:  The disputed item was verified as accurate.**

**USBK COURT NEVADA Docket #: 1615778** ( 300 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89101, (702) 527-7000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed: | 10/27/2016 | Type: | CHAPTER 7 BANKRUPTCY | Court Type: | | US Bankruptcy |
| Date Paid: | 02/27/2017 | | DISCHARGED | | | Court |
| Date Updated: | 02/28/2017 | Responsibility: | Individual Debt | Plaintiff Attorney: | | PRO SE |

Estimated month and year that this item will be removed: 09/2026

# EXHIBIT



*** 429744819-004 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

03/29/2022



**Information for Good.**

PFSH4V00200302-I002665-088368007

VALERIE CHARMAINE MCDONALD
9004 IN VOGUE CT
LAS VEGAS, NV 89149-3091

Dear VALERIE CHARMAINE MCDONALD,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1.  Updated your credit report based on the information you provided; OR
2.  Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3.  Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4.  Asked the data furnisher reporting the information you disputed to do all of the following:
    *   Review relevant information we sent them, including any provided documents
    *   Investigate your dispute and verify whether the information they report is accurate
    *   Provide us a response to your dispute and update any other information
    *   Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

**File Number:**   42974619
**Date Issued:**   03/29/2022

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:  The disputed item was verified as accurate.**

**USBK COURT NEVADA Docket #: 1615778** ( 300 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89101, (702) 527-7000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 10/27/2016 | Type: | CHAPTER 7 BANKRUPTCY DISCHARGED | Court Type: | US Bankruptcy Court |
| Date Paid: | 02/27/2017 | | | | |
| Date Updated: | 02/28/2017 | Responsibility: | Individual Debt | Plaintiff Attorney: | PRO SE |

**Estimated month and year that this item will be removed: 09/2026**

P FSH4V-002 00302-I002668 04/

# EXHIBIT



T

# 220223-8180331

**CLOSED**

 ## Submitted

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**STATUS**
Submitted to the CFPB on 2/23/2022

**PRODUCT**
Credit reporting, credit repair services, or other personal consumer reports

**ISSUE**
Improper use of your report

**YOUR COMPLAINT**

Transunion has used my personally-identifying information to furnish an inaccurate report without my consent. My personal and very private information regarding a public record is on display for everyone to see. I wrote the bankruptcy court to ask if they report to consumer agencies, and they wrote a letter labeled (exhibit A) that states they do not report to consumer agencies which means that Transunion used my personal information to access records about me and report this on a report without my permission. This by definition is identity theft according to 12 CFR 1022.3(h). As a result, I sent Transunion an FTC theft report along with the letter from the court to have this information deleted, but they refuse to do so. According to 12 CFR 1022.3(3)(ii), the FTC report is considered as sufficient evidence that I am a victim of ID theft and no further documentation shall be needed or requested. The information that is requested to be deleted as a result of ID theft should be blocked as a result within 4 days of receipt. Transunion received my certified letter as of 2/15/22 (USPS 70212720000080069594). In addition to the fraud that Transunion has displayed, they are also reporting inaccurate information as it pertains to my credit report. I am currently in dispute with the company Capital One Auto Finance and they are not displaying this account as disputed but yet as accurate. I am entitled to fair and accurate reporting on my consumer and this company that is responsible for reporting such information has failed to do so. I request that every account on this report be deleted as you do not have a permissible purpose to furnish such information and the FTC report is enough to show that. 30days have passed since the letter dated on my request for an investigation, please delete

Hide full complaint ⊖

**ATTACHMENTS**

US BK Court Letter_20220223_000 (479.2 KB)

Transunion Letter Dispute.docx (15.7 KB)

transunion FTC report.pdf (767.7 KB)

## What product or service is your complaint about?

**PRODUCT OR SERVICE**
Credit reporting, credit repair services, or other personal consumer reports

**TYPE**
Credit reporting

## What type of problem are you having?

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

## Company responded

**STATUS**

Company responded on 3/31/2022

**RESPONSE TYPE**

Closed with non-monetary relief

### Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days. In response to your request to block fraudulent information appearing on your credit report, we sent you a letter to inform you we were unable to block the information for the reason described in the letter and we investigated the information by contacting the creditors to verify the accuracy of the information. Based on your request to add an extended fraud alert to your credit report, we sent you a letter to confirm the alert has been added, and included information about the alert, how long it remains on your report and instructions to obtain your two free credit reports.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation. MOBILOANS - DELETED CAPITAL ONE AUTO FINANCE - UPDATED USBK COURT NEVADA - VERIFIED AS REPORTED Other miscellaneous actions take based on your request were: OPT OUT - UPDATED EXPIRATION EXTENDED ALERT - ADDED

## Feedback requested

**STATUS**

Feedback requested on 3/31/2022

**FEEDBACK DUE**

5/30/2022

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

## Closed

The CFPB has closed your complaint.

1/7/2022

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149

TransUnion
Fraud Victim Assistance Department
P.O. Box 2000
Chester, PA 19016

[RE: Identity theft to furnish inaccurate report]

Dear Sir or Madam:
I am a victim of identity theft. The information listed below, which appears on my credit report, does not relate to any transaction(s) that I have made. It is the result of identity theft. Identity theft defined in 12 CFR 1022.3(h) means a fraud committed or attempted using the identifying information of another person without authority.Your company has furnished personal information without prior consent. 15 USC states that you may only furnish a consumer report with a court order or in accordance with the written instructions of the consumer. I am demanding that the following information be deleted from my consumer report.
USBK COURT NEVADA 161577
CAPITAL ONE AUTO FINANCE 6204145707338
CAPITAL ONE BANK USA NA 517805907599****
MOBILOANS 243375****

The following Inquiries I did not authorize and need to be deleted.

TRANSUNION CONSUMER INTE Requested On 12/01/2021, 11/30/2021, 11/08/2021, 10/30/2021, 10/09/2021, 10/08/2021, 09/13/2021, 09/10/2021, 08/13/2021, 08/03/2021, 08/01/2021, 07/15/2021, 07/09/2021, 07/08/2021, 06/10/2021, 05/09/2021, 05/06/2021, 05/02/2021, 04/28/2021, 03/20/2021, 01/13/2021, 01/10/2021, 01/01/2021, 12/11/2020

TRANSUNION INTERACTIVE / CREDIT SESAME Location 607 WEST DANA ST, SAN JOSE, CA 95120 Requested On 12/01/2021, 11/30/2021, 11/08/2021, 10/30/2021, 10/09/2021, 10/08/2021, 09/13/2021, 09/10/2021, 08/13/2021, 08/03/2021, 08/01/2021, 07/15/2021, 07/09/2021, 07/08/2021, 06/10/2021, 05/09/2021, 05/06/2021, 05/02/2021, 04/28/2021, 03/20/2021, 01/13/2021, 01/10/2021, 01/01/2021, 12/11/2020

TRANSUNION INTERACTIVE  Requested On 08/13/2021, 08/03/2021, 08/01/2021, 07/15/2021, 07/09/2021, 07/08/2021, 06/10/2021, 05/09/2021, 05/06/2021, 05/02/2021, 04/28/2021, 03/20/2021

SITEL via HIRERIGHT Requested On 09/20/2021, 02/16/2021, 09/17/2020
CREDITWISE CAP ONE TUI TRANSUNION INTERACTIVE
CAPITAL ONE Requested On 05/24/2021, 02/17/2021, 07/21/2020

 APPLE CARDGS BANK Requested On 05/07/2021

WELLSFARGO FNCL NAT BK Requested On 04/08/2021

TD AMERITRADE Requested On 01/28/2021

DEBT RECOVERY SOLUTIONS 01/27/2021

GEICO 10/16/2020, 10/16/2020, 10/16/2020

ENHANCED RECOVERY COMPANY Requested On 09/30/2020

CONTINENTAL FIN CO Requested On 08/08/2020

GENFS CARD Requested On 07/23/2020

DISCOVER BANK Requested On 06/17/2020

WEBBANKPYPL Requested On 05/07/2020

RECOVERY MANAGEMENT SOL Requested On 04/17/2020

RADIUS GLOBAL SOLUTIONS Requested On 04/02/2020

HOMESITE GROUP Requested On 03/14/2020, 03/03/2020

CREDIT SYSTEMS LP Requested On 03/05/2020

LIBERTY MUTUAL Requested On 12/15/2019

Please block this information from my credit report, pursuant to section 605B of the Fair Credit Reporting Act, and send the required notifications to all furnishers of this information.
Enclosed are the following:

- A copy of my credit report I received from your company. The fraudulent items are circled.
- A copy of my Identity Theft Report and proof of my identity.
- A copy of section 605B of the Fair Credit Reporting Act, which requires you to block the fraudulent information on my credit report resulting from identity theft within four business days and to promptly notify the furnisher(s) of that information.

I appreciate your prompt attention to this matter, and await your reply.
Sincerely, Valerie McDonald

# EXHIBIT



221126-9828711

**CLOSED**

✓ Submitted

**STATUS**
Submitted to the CFPB
on 11/26/2022

**PRODUCT**
Credit reporting, credit
repair services, or other
personal consumer
reports

**ISSUE**
Problem with a credit
reporting company's
investigation into an
existing problem

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

see attached

Hide full complaint ⊜

**ATTACHMENTS**

Intent to sue.docx
(13.1 KB)

## What product or service is your complaint about?

**PRODUCT OR SERVICE**
Credit reporting, credit repair services, or
other personal consumer reports

**TYPE**
Credit reporting

## What type of problem are you having?

**ISSUE**
Problem with a credit reporting company's
investigation into an existing problem

**HAVE YOU ALREADY TRIED TO FIX THIS
PROBLEM WITH THE COMPANY?**
Yes

## What happened?

see attached

**I want the CFPB to publish this description on consumerfinance.gov so that others can learn
from my experience.**

The CFPB will take steps to remove my personal information from this description but
someone may still be able to identify me. Learn how it works. I consent to publishing
this description after the CFPB has taken these steps.

working

In some cases, companies need more time to respond. You should receive a final response within 6 days from the date we sent your complaint to the company.

**STATUS**

Company response is in progress as of 11/27/2022

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

# Company responded

**STATUS**

Company responded on 1/4/2023

**RESPONSE TYPE**

Closed with non-monetary relief

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation. NAVY FEDERAL CR UN-UPDATED (2) CAPITAL ONE AUTO FINANCE-UPDATED USBK COURT NEVADA-VERIFIED AS REPORTED

# Feedback requested

**STATUS**

Feedback requested on 1/4/2023

**FEEDBACK DUE**

3/5/2023

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

# Closed

The CFPB has closed your complaint.

**ADDITIONAL TOOLS AND RESOURCES**

Credit Reports and Scores (https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores)

11/25/2022

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149
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
05/29/1983

Transunion
PO Box 2000
Chester, PA 19016

RE: NOTICE OF INTENT TO SUE

As a living soul under the almighty, the constitution, specifically the 4th amendment implies my right to privacy and the alienable right to be left alone in peace. I have never given Transunion the consent or permission to house or furnish any of the below information.

Capital One Auto Finance – Opened 7/30/2018

Navy Federal Credit Union- Opened 05/02/2021

Navy Federal Credit Union -Opened 08/28/2018

Chapter 7 Bankruptcy- Date filed 10/27/2016

Immediately remove this information from my consumer report and provide me with proof of such removal within 4 business days from the date of receipt of this notice. Failure of your compliance will result in a lawsuit in small claims court at my local courthouse. Your company will be held liable for restation, defamation of character and/or reimbursement of loss wages for time spent investigating and defending myself from your unlawful and questionable actions in the amount of $10,000.

Living Soul- Valerie McDonald

# EXHIBIT



# 221109-9732542

CLOSED

☑ **Submitted**

**STATUS**
Submitted to the CFPB on
11/9/2022

**PRODUCT**
Credit reporting, credit repair
services, or other personal
consumer reports

**ISSUE**
Improper use of your report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

In my previous complaint with this company, they stated the inquiry that is reporting on my consumer report will be deleted as they determined it was not authorized by me. Synchrony has failed to communicate with the reporting agencies to have this inquiry deleted as they said they would. I am demanding the deletion of this inquiry as it dropping my credit score and injuring me financially.

View full complaint ⊕

**ATTACHMENTS**

CFPB_McDonald.Valerie_ (63.4 KB)

☑ **Sent to company**

**STATUS**
Sent to company on
11/9/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

☑ **Company still working**

**STATUS**
Company response is in
progress as of 11/10/2022

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

☑ **Company responded**

**STATUS**
Company responded on
12/21/2022

**RESPONSE TYPE**
Closed with non-monetary
relief

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: Other miscellaneous actions take based on your request were: Inquiry - DELETED

⊡ **Feedback requested**

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when

FEEDBACK DUE
2/19/2023
OMB #3170-0011

Privacy Act Statement

Note on user experience

**Closed**  The CFPB has closed your complaint.

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

an 180 languages available. TOOLS AND RESOURCES

Credit Reports and Scores (https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores)

...ite of the United States Government

 **synchrony**

170 West Election Road
Suite 125
Draper, UT 84020

October 7, 2022

Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149

Subject:     CFPB Case 220826-9291990
             Sam's Club® Mastercard® Credit Application

Dear Valerie McDonald:

On behalf of Synchrony Bank, I am responding to your concerns raised through the Consumer Financial Protection Bureau (CFPB). I appreciate you bringing this matter to my attention. I attempted to call you on September 8, 2022 in order to discuss your inquiry; however, I was unable to contact you and left a message on your voicemail.

On September 14, 2022, we submitted a request to the major credit bureaus to have the Sam's Club Mastercard inquiry dated May 4, 2022, deleted from your credit bureau report. Please allow up to 60 days for the credit bureau to update. For further questions about the reporting status of this inquiry you may contact the four major credit bureaus, Equifax (800) 525-6285, Experian (888) 397-3742, Innovis (800) 540-2505, and TransUnion (800) 680-7289.

You may place a fraud alert on your credit report at the above referenced credit bureau phone numbers. An initial fraud alert stays on your file for at least 90 days; an extended alert stays on your file for seven years. To place either of these alerts, a consumer credit reporting bureau may require you to provide appropriate proof of your identity. If you ask for an extended report, you may be asked to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, plus any other information requested by the consumer credit reporting bureau. For more detailed information regarding ID theft reports, visit www.ftc.gov/idtheft.

For additional tools and tips to protect yourself from fraud please visit our website listed below.

https://www.synchronyfinancial.com/products-services/consumer-retail-credit-cards/fraud-protection.html

Thank you for the opportunity to respond to your concerns raised through the CFPB. If you have additional questions regarding this matter, contact me at (800) 419-5010, extension 4167038. I welcome the opportunity to assist you.

Respectfully,

Jennifer Barnes

Jennifer Barnes, Senior Specialist
Corporate Consumer Relations
Synchrony Bank
Attn: IID 518
965 Keller Road
Altamonte Springs, FL 32714

cc:     Consumer Financial Protection Bureau

# EXHIBIT



220207-8078929

CLOSED

## ✓ Submitted

We received your complaint. Thank you.

**STATUS**

Submitted to the CFPB
on 2/7/2022

**PRODUCT**

Debt collection

**ISSUE**

Attempts to collect debt
not owed

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

I have contacted Transunion on several occasions over the past 3 years that the alleged Verizon Wireless account was not mine and was obtained by someone who stole my identity. The account was removed several times when disputed but then sold to several 3rd party collection agencies and back onto my credit report. I even supplied a police report and FTC report advising that this account was not mine. I called Transunion's fraud department to speak to an agent when I noticed that this account was again put back onto my credit report and the agent ended up deleting this account once again. Since deletion is an admission, Transunion is in violation of several federal codes. I did not give Transunion written permission to furnish this inaccurate report. Even after I stated that this account was not mine, Transunion continued to report this account as accurate and furnished a deceptive report stating I owed a debt I never did. I have provided the credit report that shows this alleged debt on my consumer report as of 12/8/21. I have also provided the report that shows Transunion deleted this alleged debt as of 1/21/22.

View full complaint ⊕

**ATTACHMENTS**

Transunion Verizon showing debt_20220206_0001 (184.5 KB)

Transunion Verizon Deletion 1.21.22_20220206_00 (130.5 KB)

Transunion Letter_20220206_000 (512 KB)

## ✓ Sent to company

**STATUS**

Sent to company on
2/7/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company still working

**STATUS**

Company response is in progress as of 2/8/2022

The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently

1/7/2022


Valerie McDonald
9004 In Vogue Ct
Las Vegas, NV 89149


Transunion Fraud Department
P.O. Box 2000
Chester, PA 19016-2000


RE: Deletion of Verizon Acct # 5735316410
Transunion File# 350291539

DELETION IS ADMISSION. Your company furnished an inaccurate account on my credit report that was ultimately deleted as shown on the credit report I received dated 1/21/22 from file number 350291539. You violated federal law when you furnished this inaccurate information on a report that I gave no written consent to furnish in the first instance. This is a violation of 15 U.S.C 1681b(a)(2).

Having this information reported has caused me great stress and anxiety. I have been repeatedly denied for credit as this collection account was a part of the reason that I was being denied for other credit. This account was recycled by several different collection companies resulting in constant phone and mail harassment about a debt that I never owed. Your company furnished a deceptive credit report that stated that I owed this alleged debt when in fact I did not. Pursuant to 15 U.S.C 1692j(a) you are in violation of federal law. I advised your company that this was not my account and you continued to report this information as accurate pursuant to 15 U.S.C 1681s-2(B)(i) you are in violation of federal law.

You are hereby liable to me in the amount $1000 USD per violation pursuant to 15 U.S.C 1692k(a)(2)(A) The exhibits attached are proof of the deletion from my file.


Violation 15 U.S.C 1681b(a)(2) -$1000

Violation 15 U.S.C 1692j(a)- $1000

Violation 15 U.S.C 1681s-2(B)(i)- $1000


A total of $3000 shall be issued to Valerie McDonald via check within 10 days of receipt of this letter


Sincerely,

**Valerie McDonald**

# EXHIBIT



Case 2:23-cv-00416-JAD-BNW Document 1 Filed 03/17/23 Page 83 of 87



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion
P.O. Box 2000
Chester PA 19016

9590 9402 7377 2028 1516 54

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Chester, PA 19016

Certified Mail Fee   $3.75   0094   25

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

FEB - 7 2022

Postage   $0.78

Total Postage and Fees   $4.53

02/07/2022

Sent To Transunion
Street and Apt. No., or PO Box No.
PO Box 2000   FD fyitt
City, State, ZIP+4®   Fraud letters
Chester PA 19016

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

USPS TRACKING #

9590 9402 7377 2028 1516 54

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Valerie McDonald
9614 Jin Vogue Ct
Las Vegas, NV 89141

# EXHIBIT



Valerie McDonald <kalicuttie1@gmail.com

ur Apple Card application status

ple Card Support <no_reply@post.applecard.apple>
kalicuttie1@gmail.com

Wed, Mar 1, 2023 at 10:50 F

Card

**Goldman Sachs**

**Apple Card Applicant:**
Valerie McDonald, kalicuttie1@gmail.com

# Your application has been reviewed.

Thank you for your interest in Apple Card. Goldman Sachs Bank USA has reviewed your application, and it was not approved at this time because:

- Serious delinquency and public record or collection filed
- Too many accounts with balances
- Too few accounts currently paid as agreed

**Goldman Sachs Bank USA received your credit score from TransUnion Consumer Solutions.**

Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score as of March 2, 2023: 423

Scores range from a low of 300 to a high of 850.

Learn more ›

This decision will not impact your credit score.

**Key factors that adversely affected your credit score:**

- Serious delinquency and public record or collection filed
- Too many accounts with balances
- Too few accounts currently paid as agreed
- Time since delinquency is too recent or unknown

If you have any questions regarding your credit score, you should contact TransUnion

P.O. Box 1000
Chester, PA 19016-2000
1-800-916-8800

This decision was based in whole or in part on a report from the consumer reporting bureau(s) listed below. The bureaus themselves played no part in making this decision and are unable to supply specific reasons why your credit request has been denied.

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file. You also have a right to a free copy of your report from the reporting bureau(s), if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting bureau(s).

**TransUnion Consumer Solutions**
P.O. Box 1000
Chester, PA 19016-2000
1-800-916-8800

Thanks again for your interest in Apple Card.

Apple Card is issued by Goldman Sachs Bank USA, Salt Lake City Branch.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street N.W., Washington DC 20006.

Goldman Sachs Bank USA, Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112.