IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCDONALD,<br><br>                Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>                Defendant. | Case No. 2:23-cv-00416-JAD-BNW<br><br>**ORDER RE JOINT MOTION FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE AND STAY OF DISCOVERY AND PRETRIAL DEADLINES**<br>                                  ECF No. 29 |

1. This case is referred to a Magistrate Judge of this Court for a settlement conference.
2. The current discovery and pretrial deadlines in this case are stayed until thirty-days (30) days following the conclusion of the settlement conference.
3. The Court will enter an updated Scheduling Order should the case not be resolved within thirty-days (30) days following the settlement conference.

Based on the parties' stipulation [ ECF No. 29], IT IS SO ORDERED.

_\[signature\]_
_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 24, 2023

1