Kyle Pietrzak (*Admitted Pro Hac Vice*)
kpietrzak@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5440 / Fax: (214) 871-2111

Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Bernadette Rigo, Esq. (Bar No. 7882)
brigo@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax: (702) 363-2534
*Counsel for Defendant Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MCDONALD,<br><br>     Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>     Defendants. | Case No. 2:23-cv-00416-JAD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC** |

Plaintiff Valerie McDonald, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Valerie McDonald and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated this 12th day of January, 2024.

<table>
<tr><td>

/s/ Kyle Pietrzak
Kyle Pietrzak (*Admitted Pro Hac Vice*)
kpietrzak@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5440 / Fax: (214) 871-2111
and
Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Bernadette Rigo, Esq. (Bar No. 7882)
brigo@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax: (702) 363-2534
***Counsel for Defendant Trans Union LLC***

</td><td>

/s/ Valerie McDonald
 Valerie McDonald
valeriecmcdonald@gmail.com
9004 In Vogue Ct.
Las Vegas, NV 89149
(702) 970-0173
***Pro Se Plaintiff***

</td></tr>
</table>

**IT IS SO ORDERED**


**HONORABLE JENNIFER A. DORSEY**
UNITED STATE DISTRICT JUDGE